MEMORANDUM OPINION




No. 04-03-00439-CV



ESTATE OF ALEX L. SAN MIGUEL, Deceased,





From the Probate Court No. 1, Bexar County, Texas


Trial Court No. 2002-PC-1863


Honorable Polly Jackson Spencer, Judge Presiding




PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: September 10, 2003


DISMISSED

 Before the court is appellant's August 29, 2003 motion for voluntary dismissal. Appellant's motion
to dismiss is granted, and this appeal is dismissed. See Tex. R. App. P. 42.1(a)(1). Costs of appeal
are taxed against the appellant. See id. at (d). 


 PER CURIAM